```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUSTAPHA WALKER,

                Petitioner,

-against-

JULIE WOLCOTT, *Superintendent of Orleans Correctional Facility*,

                Respondent.

20-CV-4498 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

On September 23, 2020, respondent filed a motion to dismiss the petition for a writ of habeas corpus on the ground that petitioner's habeas claims are unexhausted. (Dkt. No. 10.) No later than **October 28, 2020**, petitioner shall file his response.

Petitioner may submit his responding papers via mail, e-mail, or hand-delivery. To submit by mail, plaintiff should mail his response to the Daniel Patrick Moynihan Courthouse, Pro Se Intake Unit, 500 Pearl Street, New York, NY 10007. To submit by e-mail, petitioner should email his response to Temporary_Pro_Se_Filing@nysd.uscourts.gov. To submit by hand delivery, petitioner, or another person on petitioner's behalf, should place his response in the Pro Se Intake Unit's dropbox, located in the lobby of the 200 Worth Street entrance to the Daniel Patrick Moynihan Courthouse, next to the security station. Regardless of the method of delivery, the response must be labelled with the caption and docket number of this case (above) and must be signed by petitioner himself.

The Clerk of Court is respectfully directed to mail a copy of this Order to petitioner.

Dated: New York, New York
       September 28, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**