USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUSTAPHA WALKER,

    Petitioner,

-against-

JULIE WOLCOTT, *Superintendent of Orleans Correctional Facility*,

    Respondent.

20-CV-4498 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court has received and reviewed petitioner's letter dated April 14, 2021, which was received by the Pro Se Office on April 26, 2021 and filed the same day. (Dkt. No. 18.) Petitioner's application for leave to file a motion for summary judgment pursuant to Fed. R. Civ. P. 56(c) is DENIED without prejudice to renewal, in the event respondent's pending motion to dismiss (Dkt. No. 10) is denied, on a schedule to be set by the Court.

As to petitioner's request for the status of the pending motion to dismiss, the parties are advised that the Court generally resolves habeas cases in the order in which they are received. The Court anticipates issuing a report and recommendation on the motion within the next six months.

The Clerk of Court is respectfully directed to mail a copy of this Order to petitioner.

Dated: New York, New York
       April 29, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**