UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



MOUSTAPHA WALKER,

               Petitioner,

-against-

JULIE WOLCOTT, *Superintendent of Orleans Correctional Facility*,

               Respondent.

20-CV-4498 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

By motion dated September 23, 2020 (Dkt. No. 10), respondent moved to dismiss the petition for a writ of habeas corpus on the ground that petitioner has not yet exhausted his state court remedies. Specifically, respondent asserts that the New York County Supreme Court has not yet ruled on petitioner's pending CPL § 440.10 motion. No later than **May 13, 2021**, the respondent shall submit an update letter advising the Court as to the status of petitioner's CPL § 440.10 motion and including a copy of any order (or further proceedings) on that motion.

The Clerk of Court is respectfully directed to mail a copy of this Order to petitioner.

Dated:  New York, New York
         May 6, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**